No. 01–296.  STOIANOFF *v.* COMMISSIONER OF MOTOR VEHICLES OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 01–302.  EVERARD *v.* WASHINGTON STATE BAR ASSN.  Sup. Ct. Wash.  Certiorari denied.

No. 01–305.  WILSON *v.* RUST ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 01–306.  FRANCER *v.* SMALL, SECRETARY OF THE SMITHSONIAN, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 01–312.  BROWN *v.* FORD MOTOR CO.  C. A. 4th Cir.  Certiorari denied.

No. 01–313.  BREWER *v.* DUNAWAY, DIRECTOR, FARM SERVICE AGENCY, DEPARTMENT OF AGRICULTURE.  C. A. 8th Cir.  Certiorari denied.

No. 01–330.  RICHARD TER MAAT, INC., ET AL. *v.* BROWNING-FERRIS INDUSTRIES OF ILLINOIS, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–331.  JACKES *v.* BILL HARBERT INTERNATIONAL CONSTRUCTION CO., INC.  C. A. 11th Cir.  Certiorari denied.

No. 01–347.  CORRAL ET UX. *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–350.  JOHNSON *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. Fed. Cir.  Certiorari denied.

No. 01–354.  JONES *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 01–355.  DUBUC *v.* MICHIGAN BOARD OF LAW EXAMINERS.  Sup. Ct. Mich.  Certiorari denied.

No. 01–362.  AUSTIN *v.* HANOVER INSURANCE CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–366.  MAXWELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.